OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

COURT OF CRIMINAL APPEALS OF TEXAS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R          $ 00.26⁵
0002003152    FEB 09 2015
MAILED FROM ZIP CODE 78701

2/4/2015
POOL, KENNETH RAY          Tr. Ct. No. 1263461-A          WR-82,639-01
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

RETURN TO SENDER

KENNETH RAY POOL

Q 101

N3B 75860